

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, et al<br><br>        Plaintiffs,<br><br>and<br><br>UNITED STATES ex rel DORIS<br>MODGLIN and RUSS MILKO<br><br>        Plaintiffs-Appellants,<br><br>v.<br><br>DJO GLOBAL, INC.; DJO FINANCE<br>LLC; ORTHOFIX, INC.,<br><br>        Defendants,<br><br>and<br><br>DJO GLOBAL INC., DJO LLC, DJO<br>FINANCE LLC, BIOMET, INC., EBI, LP<br>and EBI, LLC,<br><br>        Defendants-Appellees. | No.   15-55840<br><br>D.C. No.<br>2:12-cv-07152-MMM-JCG<br><br><br>MEMORANDUM<sup>*</sup> |

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.



Appeal from the United States District Court
for the Central District of California
Margaret M. Morrow, District Judge, Presiding

Argued and Submitted February 9, 2017
Pasadena, California

Before:  THOMAS, Chief Judge, NGUYEN, Circuit Judge, and AMON,** District Judge.

Relators Doris Modglin and Russ Milko appeal the district court's grant of Defendant's motions to dismiss.  For reasons stated in the district court's two well-reasoned opinions, dated September 2, 2014, and May 8, 2015, we affirm.

**AFFIRMED.**

---

**        The Honorable Carol Bagley Amon, United States District Judge for the Eastern District of New York, sitting by designation.